UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

Plaintiff,

v.

T. BRAY, et al.,

Defendants.

No. 2:97-cv-0366 MCE DB P

ORDER

Plaintiff, a state prisoner, filed a pro se with a civil rights action under 42 U.S.C. § 1983 on March 11, 1997. This action has been closed since March 26, 1998. Presently before the court is plaintiff's motion to rescind the filing fee. (ECF No. 31.)

**I.  Background**

Plaintiff filed an application to proceed in forma pauperis concurrently with the complaint. (ECF No. 1.) Before the court screened the original complaint, plaintiff filed an amended complaint. (ECF No. 3.) The magistrate judge then assigned to this action granted plaintiff's motion to proceed in forma pauperis, screened the amended complaint, found plaintiff had failed to state a claim, and directed plaintiff to file a second amended complaint. (ECF No. 4.) The court screened the second amended complaint and recommended that plaintiff's claim be dismissed without leave to amend for failure to state a claim. (ECF No. 16.) The district judge then assigned to this action adopted the findings and recommendations and judgment was entered on March 26, 1998. (ECF Nos. 22, 23.)

**II.     Motion to Rescind**

Plaintiff states that although this action has been closed the California Department of Corrections and Rehabilitation has continued to collect funds to pay the filing fee for this action from his trust account. Plaintiff claims removal of funds to pay the filing fee is unconstitutional because this case was dismissed. He argues his obligation to pay any filings fees should have ended when his case was dismissed.

**III.     Discussion**

Under the Prison Litigation Reform Act ("PLRA") when a litigant, such as plaintiff, files a federal civil rights action, he remains liable for the full payment of the filing fee regardless of the outcome of the action. See 28 U.S.C. § 1915(b)(1)&(2); Antonetti v. Foster, No. 3:14-cv-495-JAD-VPC, 2015 WL 6437399, at *3 (D. Nev. Oct. 22, 2015) ("Plaintiff will . . . be required to make monthly payments toward the full $350 filing fee when he has funds available, even though this case is being dismissed."); Turner v. San Diego County, No. 14cv1965 LAB (WVG), 2014 WL 5800595, at *1 (S.D. Cal. Nov. 7, 2014) (same); Mercier v. FBI, No. CV07-281-S-EJL, 2008 WL 360843, at *2 (D. Id. Feb. 8, 2008) (same); see also Purkey v. Green, 28 Fed. Appx. 736, 746 (10th Cir. 2001) ("Section 1915(b) does not waive the filing fee, however, nor does it condition payment of the filing fee on success on the merits . . . Notwithstanding the district court's dismissal of plaintiff's action, he is still required to pay the full filing fee to the district court."); In re Alea, 286 F.3d 378 (6th Cir. 2002) (dismissal of an action does not obviate the prisoner's obligation to pay the full filing fee); McGore v. Wrigglesworth, 114 F.3d 601, 607 (6th Cir. 1997) ("Section 1915(b)(1) compels payment of the respective fees at the moment the complaint or notice of appeal is filed. Any subsequent dismissal of the case does not negate this financial responsibility.") (internal citation omitted)), overruled on other grounds by Jones v. Bock, 549 U.S. 199 (2007).

Under 28 U.S.C. § 1915(b), "if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1) (emphasis added). Accordingly, the court is required to assess an initial partial filing fee and collect subsequent payments on an incremental basis "until the filing fees are paid." 28

U.S.C. §19195(b)(1), (2). While § 1915 allows a litigant to commence a civil action without prepaying the fees, the litigant is still responsible for paying the full amount of the filing fee. Because §1915 requires prison litigants to pay the full amount of the filing fee, even when the case is dismissed, plaintiff's motion will be denied.

**IV.     Conclusion**

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to rescind filing fees (ECF No. 31) is denied. Plaintiff is advised that any further documents filed in this action will be disregarded and no orders will issue in response to any future filings.

Dated:  October 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/cohe0366.fee